# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CANON U.S.A., INC.,

    Plaintiff,

vs.                         No. 1:21-CV-00410-KK-SCY

ALBUQUERQUE INTERNATIONAL
BALLOON FIESTA, INC.,

    Defendant.

## ENTRY OF APPEARANCE

COMES NOW Butt Thornton & Baehr PC and hereby enters its appearance of record on behalf of Defendant, Albuquerque International Balloon Fiesta, Inc., in the above-entitled and numbered cause.

            Respectfully submitted,

            BUTT THORNTON & BAEHR, P.C.

            */s/ Sarah L. Shore*
            Rodney L. Schlagel
            Sarah L. Shore
            P. O. Box 3170
            Albuquerque, NM 87190
            (505) 884-0777
            (505) 889-8870 Fax
            rlschlagel@btblaw.com
            sshore@btblaw.com
            ***Counsel for Defendant Albuquerque***
            ***International Balloon Fiesta, Inc.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of May, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jennifer G. Anderson<br>J. Adam Wright<br>Modrall, Sperling, Roehl,<br>Harris & Sisk, P.A.<br>500 Fourth Street NW, Suite 1000<br>Albuquerque, NM  87102<br>(505) 848-1800<br>jga@modrall.com<br>awright@modrall.com<br>***Counsel for Plaintiff Canon U.S.A., Inc.*** | Richard H. Silberberg (*pro hac*)<br>Anthony P. Badaracco (*pro hac*)<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, New York 10019<br>(212) 415-9200<br>silberberg.richard@dorsey.com<br>badaracco.anthony@dorsey.com<br>***Counsel for Plaintiff Canon U.S.A., Inc.*** |

/s/ *Sarah L. Shore*
Sarah L. Shore