UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CANON U.S.A., INC.,

    Plaintiff,

v.      Cause No. 1:21-CV-00410-KK/SCY

ALBUQUERQUE INTERNATIONAL
BALLOON FIESTA, INC.,

    Defendant.

### CANON U.S.A., INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, by its undersigned attorneys, states as follows:

Canon U.S.A., Inc. is wholly owned by Canon Inc. (whose stock is publicly traded in Japan and whose American Depository Receipts for such stock are publicly traded in the United States), and no publicly-held corporation other than Canon Inc. owns 10% or more of the stock of Canon U.S.A., Inc.

    Respectfully submitted,

    **MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**

    By: */s/ Jennifer G. Anderson*
        Jennifer G. Anderson
        500 Fourth Street NW, Suite 1000
        Albuquerque, New Mexico  87102
        Tel: (505) 848-1800
        *jga@modrall.com*

    and

        Richard H. Silberberg
        Anthony P. Badaracco
        Dorsey & Whitney LLP
        51 West 52nd Street
        New York, New York 10019
        Tel: (212) 415-9200
        *silberberg.richard@dorsey.com*
        *badaracco.anthony@dorsey.com*
        *Attorneys for Plaintiff Canon U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of June, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing.

Sarah L. Shore
Rodney L. Schlagel
Butt Thornton & Baehr, P.C.
P.O. Box 3170
Albuquerque, NM 87190
Tel: (505) 884-0777
*rlschlagel@btblaw.com*
*sshore@btblaw.com*
*Attorneys for Plaintiff*

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By:  */s/Jennifer G. Anderson*
       Jennifer G. Anderson