

# Sponsorships

## New York Yankees



Canon U.S.A., Inc. has been a sponsor of the New York Yankees since 2000. In 2004, Canon increased its exposure at Yankee Stadium with a sign on the left outfield wall, further enhancing its brand presence for millions of fans. In addition, Canon continues to receive exposure on rotating signage behind home plate during each game and hosts a promotional night each year at Yankee Stadium. Canon's sponsorship also includes the designation as "Official Digital Camera, Copier, SLR Camera and Printer of the New York Yankees."





## Little League® Baseball



Canon has been the Official Printer and Camera of Little League® Baseball and Softball since 2014, helping families across the globe preserve their Little League memories with the power of a printed image. Our Picture Perfect Season program encourages families to capture Little League moments throughout the year by way of the Canon Little League Photo Contest as well as the Great Wall of Fandom.

## Sundance Film Festival

Since 2013, Canon has invited Sundance Film Festival attendees to explore how Canon supports all aspects of filmmaking, from pre-production to production through post. A daily hub for filmmakers, the Canon Creative Studio is a place for hands-on experimentation with Canon equipment, thought-provoking chats with industry experts, relaxing with fellow crew members, and enjoying a coffee or snack.





EXHIBIT 1




## Albuquerque International Balloon Fiesta

2017 marks Canon U.S.A's third year as Presenting Sponsor of the Albuquerque International Balloon Fiesta. Our sponsorship is highlighted throughout the event by hundreds of flags and banners, as well as our flagship Canon See Impossible hot air balloon. Thousands of guests visit our exhibit tent each day to visit with a Canon expert, try our products, take a souvenir photo, borrow a camera, and more. Canon U.S.A. is the Official Imaging Company of the Albuquerque International Balloon Fiesta Presented by Canon.





## Take a Bite Out of Crime®



Canon U.S.A. is proud to partner with the National Crime Prevention Council (NCPC) to promote awareness around the safety risks of using counterfeit products. For more information on how to protect yourself and "Take A Bite Out Of Crime®," visit www.ncpc.org/stopfakes

| Company | Contact | Legal | Social |
|---|---|---|---|
| About Canon U.S.A., Inc. | Reach Us | Product Advisories | |
| News | Product Support | Do Not Sell My Personal Information | |
| Careers | Investor Relations | Privacy Statement | |
| Sustainability | I-Feedback | Terms of Use | |
| EPEAT | Where to Buy | VPAT Search | |
| Site Map | Sign up for Emails | Safety Data Sheets (SDS) Search | |
| | | To Our Customers | |

© 2021 Canon U.S.A., Inc. All Rights Reserved. Reproduction in whole or part without permission is prohibited.